JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:       Angela_chuang@fd.org

Counsel for Defendant PONCE MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 24–70 MMC |
| Plaintiff, | [PROPOSED] ORDER FOR RELEASE |
| v. | |
| JOSELYN PONCE MERCADO, | |
| Defendant. | |

On October 31, 2024, Joselyn Ponce Mercado (PFN: UMF370) appeared before the court for a hearing related to an alleged supervised release violation. Good cause shown, and for the reasons stated in open court, (including that the Government does not object and Probation recommends) it is ORDERED that Ms. Ponce Mercado shall be released from Santa Rita Jail and U.S. Marshal's custody FORTHWITH on October 31, 2024.

//

//

//

//

It is further ORDERED that she shall reside with her family at 107 Golden Gate Circle in Napa. She shall also be subject to electronic monitoring (to be installed tomorrow) and a curfew condition requiring her to be inside her residence between the hours of 10 PM–6 AM, for a period of up to 120 days as directed by Probation.

DATED: October 31, 2024

HON. PETER H. KANG
United States Magistrate Judge